# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**136**
**CA 14-01066**
PRESENT: WHALEN, P.J., PERADOTTO, CARNI, LINDLEY, AND DEJOSEPH, JJ.

---

IN THE MATTER OF ANTWAN THOMPSON,
PETITIONER-APPELLANT,

V                                                                    ORDER

ANTHONY J. ANNUCCI, ACTING COMMISSIONER,
NEW YORK STATE DEPARTMENT OF CORRECTIONS AND
COMMUNITY SUPERVISION, RESPONDENT-RESPONDENT.
(APPEAL NO. 1.)

---

ANTWAN THOMPSON, PETITIONER-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (FRANK BRADY OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Seneca County
(Dennis F. Bender, A.J.), dated April 28, 2014 in a proceeding
purusant to CPLR article 78.  The judgment dismissed the petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d
985, 985).

Entered:  February 11, 2016                    Frances E. Cafarell
                                               Clerk of the Court